NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**EDDIE JOHNSON,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

_____

2013-7040

_____

Appeal from the United States Court of Appeals for Veterans Claims in No. 12-1722, Judge Lawrence B. Hagel.

_____

**ON MOTION**

_____

**O R D E R**

Eric K. Shinseki, Secretary of Veterans Affairs, moves for an extension of time to file his principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

EDDIE JOHNSON v. SHINSEKI                                    2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s27